JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Wok & Pan Ind., Inc., a China Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Staples Incorporated, a Massachusetts Corporation,<br><br>Defendant. | Case No. CV15-00809 AB (ASx)<br><br>**[~~PROPOSED~~] ORDER RE: STIPULATION FOR DISMISSAL** |

ORDER RE: STIPULATION FOR DISMISSAL

1

[~~PROPOSED~~] ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire Action is dismissed with prejudice; and

2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

Date: August 14, 2019

_____
HON. ANDRÉ BIROTTE JR.

UNITED STATES DISTRICT JUDGE